**IT IS SO ORDERED.**

  s/*Pamela A. Barker*
PAMELA A. BARKER,
U.S. DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TOURCATS, INC.** | ) | CASE NO.: 1:22–cv–01589–PAB |
| | ) | |
| Plaintiff, | ) | **JUDGE: PAMELA A. BARKER** |
| | ) | |
| –vs– | ) | **MAGISTRATE JUDGE** |
| | ) | **JONATHAN D. GREENBERG** |
| **TRANSPORT CUSTOM DESIGNS, LLC** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

    **NOW COME** Plaintiff Tourcats, Inc. ("Plaintiff") and Defendant Transport Custom Designs, LLC ("Defendant"), by and through undersigned counsel, and hereby provide notice of the dismissal of the above-referenced matter with prejudice, with each party responsible for its own costs, and with the Court retaining jurisdiction to enforce the parties' Settlement Agreement and Mutual Release, if necessary.

    Respectfully submitted,

    /s/ R. Scott Heasley
R. Scott Heasley (0087235)
Michael B. Gardner (0061118)
Carly Glantz (0098428)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
Phone: (216) 831–0042
Fax:    (216) 831–0542
sheasley@meyersroman.com
mgardner@meyersroman.com
cglantz@meyersroman.com
*Attorneys for Plaintiff*
*Tourcats, Inc.*

                                                */s/ Austin White*
                                                Austin White
                                                *Pro Hac Vice (Doc. 8)*
                                                PA No. 312789
                                                835 West Fourth Street
                                                Williamsport, PA 17701
                                                (570) 326-5131
                                                (570) 601-0248 (fax)
                                                awhite@mcclaw.com
                                                *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of September 2023, with a true and correct copy of this document via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

                                                */s/ R. Scott Heasley*
                                                R. Scott Heasley (0087235)
                                                *Counsel for Plaintiff*